## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Roanne Mann          **DATE :**   12/3/2015

**DOCKET NUMBER:**   15-CR-601 (DLI)      **LOG #:**  11:22 – 11:29

**DEFENDANT'S NAME :**   YING LIN
✓ Present     ___ Not Present     ___ Custody     ✓ Bail

**DEFENSE COUNSEL :**   Deborah Colson

___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:**   Doug Pravda          **DEPUTY CLERK :**   M.Sica

**INTERPRETER :** _____  (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

**X** Order of Speedy Trial entered.   Code Type XT   Start 12/3/15   Stop 12/22/15.

___ Defendant's first appearance.   **X** Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

**X** Defendant entered **NOT GUILTY PLEA** to ALL counts of the Indictment

**X** Status conference set for 12/22/15 @ 10AM. before Judge Irizarry

**OTHERS :** _____