UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

YING LIN,

            Defendant.

UNSEALING ORDER

Docket No. 15-CR-601 (DLI)

- - - - - - - - - - - - - - -X

       Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Douglas M. Pravda, for an order unsealing the above-captioned matter, except for documents individually filed under seal.

       WHEREFORE, it is ordered that the above-captioned matter be unsealed, except for documents individually filed under seal.

Dated:   Brooklyn, New York
          December 3, 2015

                                       s/Roanne L. Mann
                                HONORABLE ROANNE L. MANN
                                UNITED STATES MAGISTRATE JUDGE
                                EASTERN DISTRICT OF NEW YORK