1     IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NEW YORK
2

3     UNITED STATES OF AMERICA,      ) Criminal
                                     ) No. 15-601 (DLI)
4              Plaintiff,            )
                                     ) STATUS CONFERENCE
5     vs.                            )
                                     ) Brooklyn, New York
6     YING LIN,                      ) Date: January 15, 2016
                                     ) Time: 3:30 p.m.
7              Defendant.            )
      _____
8
                    TRANSCRIPT OF STATUS CONFERENCE
9                          HELD BEFORE
              THE HONORABLE JUDGE DORA L. IRIZARRY
10                 UNITED STATES DISTRICT JUDGE

11    _____
                         A P P E A R A N C E S
12
      For the Plaintiff:        Alexander A. Solomon, AUSA
13                              Douglas M. Pravda, AUSA
                                US Attorney's Office
14                              Eastern District of New York
                                271 Cadman Plaza East, 4th Floor
15                              Brooklyn, New York  11201
                                718-254-6074
16
      For the Defendant:        Deborah Austern Colson, Esq.
17                              Colson & Harris LLP
                                80 Broad Street, 19th Floor
18                              New York, New York  10004
                                212-257-6455
19

20    Proceedings reported by machine shorthand, transcript produced
      by computer-aided transcription.
21    _____

22    Court Reporter:           Annette M. Montalvo, CSR, RDR, CRR
                                Official Court Reporter
23                              United States Courthouse, Room N330
                                225 Cadman Plaza East
24                              Brooklyn, New York  11201
                                718-804-2711
25

1              (WHEREUPON, commencing at 3:07 p.m., the following
2     proceedings were had in open court, to wit:)
3              THE COURTROOM DEPUTY:  Criminal cause for status
4     conference, Docket No. 15-CR-601, *United States v. Ying Lin*.
5              Counsel, please identify yourself for the record.
6              MR. SOLOMON:  Good afternoon, Your Honor.  Alexander
7     Solomon and Douglas Pravda for the government.
8              THE COURT:  Good afternoon.
9              For the defendant.
10             MS. COLSON:  Deborah Colson for Ms. Ying Lin, and I
11    have a paralegal with me.
12             THE COURT:  Good afternoon to all three of you, and
13    also to the Mandarin language interpreter who is assisting
14    Ms. Lin.
15             If we could have your name, please, for the record.
16             THE INTERPRETER:  John Lau.
17             THE COURT:  Good afternoon, sir.  And if the
18    courtroom deputy would please administer the oath to Mr. Lau.
19             (WHEREUPON, the Interpreter was duly sworn.)
20             THE COURT:  This matter is on for a status
21    conference.  And so where are we in this matter, Mr. Solomon?
22             MR. SOLOMON:  Yes, Your Honor.
23             Since the last status conference, we have provided
24    additional Rule 16 disclosures.  We will complete the Rule 16
25    disclosures very soon.  We informed Ms. Colson that we will be

1  providing her with additional bank records, and I think those
2  are almost ready to provide.
3            Additionally, we have been reviewing our classified
4  holdings for *Brady* information or any information relevant to
5  structuring.  At this juncture, we have not located any *Brady*
6  or structuring material.  I understand that the review should
7  be completed within three to four months.  We will try to
8  accelerate that process.
9            What I discussed with Deborah Colson, I don't know
10 if she's in agreement, is possibly coming back before
11 Your Honor in approximately 45 days for another status
12 conference.
13           MS. COLSON:  That's fine with us, Your Honor.
14           THE COURT:  Okay.  How many more weeks did you say
15 that you think it will take to go through the classified
16 materials?
17           MR. SOLOMON:  Three to four months, Your Honor.
18           THE COURT:  Three to four months.
19           And you tell me, Ms. Colson, that that's okay with
20 you, for a 45-day adjournment to see where we are?
21           MS. COLSON:  Yes.
22           THE COURT:  Okay.  Is there anything that the
23 defense is going to request of the Court?  Anything that you
24 need?
25           MS. COLSON:  No, not today, Your Honor.  Thank you.

1    I made one additional discovery request of the
2 government. I believe they are looking for the information I
3 inquired about.
4    THE COURT: Okay. Are the parties available March
5 11? It might be a little bit more than your 45-day mark. I
6 have 11:00 available, I have 12:00 available.
7    MR. SOLOMON: One moment, please, Your Honor.
8    THE COURT: Of course. And this classified review
9 is in connection with any possibly CIPA motion, correct?
10    MR. SOLOMON: Yes, Your Honor.
11    THE COURT: Okay. Just so that the record is clear.
12    Is that date good for you, Ms. Colson?
13    MS. COLSON: It is. Thank you, Your Honor.
14    THE COURT: Any time preference? I have 11:00, I
15 have noon, and I have 3:00 or 4:00 available.
16    MS. COLSON: The morning is a little better.
17    THE COURT: Okay.
18    MR. SOLOMON: The morning works actually better for
19 Mr. Pravda as well.
20    THE COURT: Okay. Preference for 11:00 or 12:00?
21    MR. SOLOMON: 11:00, that would be fine.
22    THE COURT: 11:00?
23    MS. COLSON: That's fine, Your Honor.
24    THE COURT: 11:00 is good for everyone?
25    MS. COLSON: Thank you.

1  THE COURT: So we will adjourn this matter to March
2  11, at 11:00, in the morning.
3  And, Ms. Colson, does your client consent to the
4  exclusion of time?
5  MS. COLSON: Yes, Your Honor.
6  THE COURT: And time is excluded on consent, and in
7  the interest of justice for the reasons stated on the record.
8  Anything else that the parties want to address with
9  the Court?
10  MR. SOLOMON: No. Thank you, Your Honor.
11  THE COURT: And since we are all here, anyway, I
12  have been in touch with the court security officer, and so
13  chambers' security clearances are -- at least the process has
14  been started.
15  And I think, Ms. Colson, yours should be either done
16  or fairly close to being done. Have you heard from them?
17  MS. COLSON: I have not. And when I inquired after
18  the last court appearance, I was provided with the same answer
19  I received for nearly the past year, which is that I don't
20  think they have gotten to the review yet. It was a renewal
21  request, not a first request, but that I can continue
22  reviewing classified information --
23  THE COURT: Right. That was the impression that I
24  was given from the officer, that you could continue to review
25  documents, if it is necessary. But I will have my clerk check

1  on this anyway, just to be on the safe side.
2              MS. COLSON:  Thank you.  Appreciate that.
3              THE COURT:  Especially since we have a little bit of
4  time to play with here, we can nudge it along a little bit.
5              MS. COLSON:  Okay.  Thank you.
6              MR. SOLOMON:  Thank you, Your Honor.  Have a nice
7  weekend.
8              THE COURT:  Thank you.  Have a good weekend.
9              Thank you, Mr. Lau.
10             Oh, since the officer is here, how are we doing with
11 Ms. Colson's check?
12             If we can have your name for the record.
13             MR. RUCKER:  Harry Rucker, litigation security.
14 R-u-c-k-e-r.
15             THE COURT:  So how are we moving along?
16             MR. RUCKER:  Exactly how you described.  It is still
17 under reinvestigation.  She had a previous clearance; however,
18 as you know, she can have access to classified information,
19 should that need arise, and when it is completed, if we
20 haven't heard anything unfavorable, then she will be good to
21 go, completely.
22             THE COURT:  Okay.  So far okay.  Thank you very
23 much.  And have a safe trip.
24             (WHEREUPON, at 3:42 p.m., the proceedings
25 concluded.)

1  UNITED STATES DISTRICT COURT  )
                                 )  ss.
2  EASTERN DISTRICT OF NEW YORK  )

3

4

5                    **REPORTER'S CERTIFICATE**

6

7

8        I, ANNETTE M. MONTALVO, do hereby certify that the
9  above and foregoing, consisting of the preceding 6 pages,
10 constitutes a true and accurate transcript of my stenographic
11 notes and is a full, true and complete transcript of the
12 proceedings to the best of my ability.
13        Dated this 3rd day of February, 2016.

14

15                          /s/Annette M. Montalvo
                         Annette M. Montalvo, CSR, RDR, CRR
16                       Official Court Reporter
                         United States Courthouse
17                       225 Cadman Plaza East
                         Room N330
18                       Brooklyn, New York  11201
                         718-804-2711
19

20

21

22

23

24

25

*Annette M. Montalvo, CSR, RDR, CRR*
*Official Court Reporter*