# COLSON LAW

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

March 22, 2018

FILED UNDER SEAL

Via ECF

Honorable Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *United States v. Ying Lin,* 15 Crim. 601

Dear Judge Irizarry:

  I am writing regarding the Motion to Suppress Statements and Physical Evidence I filed on March 16, 2018. Because my affidavit and memorandum of law contained sensitive discovery material, I filed them under seal. After speaking with the government, I publicly filed a redacted version of both documents on March 21, 2018. The government notified me today that we had a misunderstanding and that none of the exhibits to my affidavit should have been made public. Accordingly, I respectfully request that Your Honor approve the removal of my affidavit (docket no. 101) and the attached exhibits from the docket. I plan to re-file the redacted affidavit without the exhibits once the current version is removed. My office has contacted the docketing clerk and was told that the documents are no longer publicly available but that they cannot be removed from Pacer without the Court's permission.

  I appreciate the Court's consideration.

              Respectfully submitted,

                 -*s*-

              Deborah Colson
              (212) 257-6455

CC: AUSA Alexander Solomon
  AUSA Doug Pravda
  AUSA Ian Richardson

24482.docx