# COLSON LAW

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

June 29, 2018

By ECF

Honorable Dora Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    *United States v. Ying Lin,* 15 Cr. 601

Dear Judge Irizarry:

    Ms. Lin is scheduled to appear before this Court for a status conference at 3:30 pm on July 12, 2018. I cannot make a 3:30 pm appearance that day because I have a 4 pm sentencing hearing in the Southern District of New York. After conferring with the Court's deputy and the government, I respectfully request that the Court reschedule Ms. Lin's appearance for 11 am the same day.

    I appreciate the Court's consideration.

                          Respectfully submitted,

                          /s/

                          Deborah Colson
                          (212) 257-6455

cc:    AUSA Alex Solomon
       AUSA Doug Pravda
       AUSA Ian Richardson

25001