# COLSON LAW

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

April 5, 2019

By ECF

Honorable Ann Donnelly
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *United States v. Ying Lin,* 15 Cr. 601

Dear Judge Donnelly:

    Ms. Lin's jury trial is scheduled to begin on May 20, 2019, and motions *in limine* are due on April 11, 2019. I write with the consent of the government to respectfully request a one-week adjournment of the date for filing motions *in limine*. The parties are engaged in active plea negotiations and hope to reach a resolution early next week.

    Thank you for your consideration.

                Respectfully submitted,

                /s/

                Deborah Colson
                (212) 257-6452

cc:  AUSA Doug Pravda
     AUSA Ian Richardson
     AUSA Sarah Evans