

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

October 7, 2019

By ECF

The Honorable Ann M. Donnelly
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    *United States v. Ying Lin,* 15 Cr. 601 (AMD)

Dear Judge Donnelly:

    I write with the consent of the government to respectfully request a one-month adjournment of the sentencing hearing, currently scheduled for October 17, 2019. I have conferred with your deputy, and the Court has availability on November 14, 2019 at 2:15pm.

    Thank you for your consideration.

                              Very truly yours,

                              /s/

                              Deborah Colson
                              (212) 257-6455

cc:   AUSA Doug Pravda
       AUSA Alex Solomon
       AUSA Ian Richardson